UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-07905-FWS | Date | November 14, 2024 |
|---|---|---|---|
| Title | In Re: Jackson-Strong Alliance, LLC | | |

Present: The Honorable  FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On October 16, 2024, the court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"). On October 30, 2024, in response to the OSC, Appellant Matteo Patisso filed a Letter to the Court [11]. In light of Appellant's response to the OSC and the information contained therein, the Court hereby **CONTINUES** the deadline for Appellant to respond to the Court's Order to Show Cause to **January 13, 2025.** Failure to file a timely and appropriate response to this Order may result in dismissal without further notice or order from the court. *See* Fed. R. Civ. P. 41(b); L. R. 41-6; *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution."). **Any further requests for a continuance in this matter are strongly disfavored.**

In addition, all parties are reminded to comply with all Local Rules. The Court's Local Rules are available at http://www.cacd.uscourts.gov/court-procedures/local-rules. For example, the court notes that Appellant's Letter to the Court [11] violated Local Rule 83-2.5, which states as follows:

> **L.R. 83-2.5 Communications with the Judge.** Attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-07905-FWS | Date | November 14, 2024 |
|---|---|---|---|
| Title | In Re: Jackson-Strong Alliance, LLC | | |

All parties shall also refer to Local Rule 11-3 **Documents Presented to the Court - Form and Format** prior to filing any future documents in this action.

The court may not provide legal advice to any party, including pro se litigants. Appellant is advised that the Federal Pro Se Clinic offers free information and guidance to individuals representing themselves in federal civil actions. The Santa Ana Clinic operates by appointment only. You may schedule an appointment either by calling the Clinic or by using an internet portal. You can call the Clinic at 714-541-1010, ext. 222, or you can submit an internet request at: https://prose.cacd.uscourts.gov/santa-ana or http://www.publiccounsel.org. Clinic staff can respond to many questions with a telephonic appointment or through your email account.

Pro se litigants are not exempt from complying with the court's Local Rules and the Federal Rules of Civil Procedure. See *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) ("First and foremost is that pro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record."); *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although pro se, [a party] is expected to abide by the rules of the court in which [the party] litigates."); L.R. 1-3 ("Persons appearing pro se are bound by these rules, and any reference in these rules to 'attorney' or 'counsel' applies to parties pro se unless the context requires otherwise.").

|  |  __ : __ |
|---|---|
| Initials of Deputy Clerk | mku |